UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DOWNS FORD, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>ZURICH AMERICAN INSURANCE COMPANY, ABC CORPS. 1-5 (fictitious names whose identities are currently unknown),<br><br>    Defendants. | Civil Action No. 20 cv 8595 BRM-ZNQ<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that on Monday, August 17, 2020, at 9:00 a.m., or as soon thereafter as counsel may be heard, defendant Zurich American Insurance Company ("Zurich") will move before the Honorable Brian R. Martinotti, U.S.D.J, at the Clarkson S. Fisher Federal Building and U.S. Courthouse, 402 E. State Street, Trenton, New Jersey, for an Order dismissing the Complaint herein pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

PLEASE TAKE FURTHER NOTICE that in support of the motion, Zurich intends to rely on the July 17, 2020 Declaration of Philip C. Silverberg and the Memorandum of Law submitted herewith. Oral argument of this motion is requested.

                                                MOUND COTTON WOLLAN
                                                  & GREENGRASS LLP
                                              Attorneys for Defendant

                                              By    s/ William D. Wilson
                                                       William D. Wilson
                                              30A Vreeland Road, Suite 210
                                              Florham Park, New Jersey 07932
                                              973-494-0600
                                              wwilson@moundcotton.com

                                                     Philip C. Silverberg  
                                                    One New York Plaza  
                                                    New York, New York 10004  
                                                    212-804-4200  
Dated:  July 17, 2020                          psilverberg@moundcotton.com