# MOUND COTTON WOLLAN & GREENGRASS LLP

COUNSELLORS AT LAW
ONE NEW YORK PLAZA
NEW YORK, NY 10004-1901

(212) 804-4200
FAX: (212) 344-8066
WWW.MOUNDCOTTON.COM

NEW YORK, NY
FLORHAM PARK, NJ
GARDEN CITY, NY
SAN FRANCISCO, CA
FORT LAUDERDALE, FL
HOUSTON, TX

PHILIP C. SILVERBERG
(212) 804-4257
psilverberg@moundcotton.com

October 2, 2020

**VIA CM/ECF**

The Hon. Brian R. Martinotti, U.S.D.J.
United States District Court, New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

      Re:    Downs Ford, Inc. v. Zurich Am. Ins. Co.
                 Civil Action No.: 3:20-cv-08595-BRM-ZNQ
                 Our File No. 1573.781

Dear Judge Martinotti:

      We represent Defendant Zurich American Insurance Company ("Zurich") in connection with the above-captioned matter. On September 1, 2020, Zurich filed its Reply in support of its Motion to Dismiss (ECF Doc. #13.) Since that filing, multiple courts have issued orders and opinions directly pertinent to Zurich's motion. Accordingly, we respectfully request that Your Honor accept this letter in lieu of a more formal notice of supplemental authorities.

      In each of the following cases, the court held that there was no coverage for the insured's financial losses sustained in connection with the COVID-19 pandemic because the policy at issue contained a virus exclusion and granted the insurance company's motion to dismiss:

- *Wilson v. Hartford Casualty Company*, Case No. 2:20-cv-03384-ER (E.D. Pa. Sept. 30, 2020);

- *It's Nice, Inc. v. State Farm Fire & Casualty Company*, No. 2020L000547 (Ill. Cir. Ct. Sept. 29, 2020);

- *Franklin EWC, Inc. v. The Hartford Financial Services Group, Inc.*, Case No. 20-cv-04434-JSC, 2020 WL 5642483 (N.D. Cal. Sept. 22, 2020); and

- *Mauricio Martinez, DMD, P.A. v. Allied Insurance Company of America*, Case No. 2:20-cv-00401-JLB-NPM, 2020 WL 5240218 (M.D. Fla. Sept. 2, 2020).

MOUND COTTON WOLLAN & GREENGRASS LLP

The Hon. Brian R. Martinotti, U.S.D.J.
October 2, 2020
Page 2

      A copy of each decision is attached to this letter.

                              Respectfully,

                              */s/ Philip C. Silverberg*

                              Philip C. Silverberg

Encls.
cc:    Carluccio, Leone, Dimon, Doyle & Sacks, LLC (*Via CM/ECF*)

**ATTORNEY-CLIENT COMMUNICATION * ATTORNEY WORK PRODUCT * PRIVILEGED AND CONFIDENTIAL**